UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| Plaintiff, | CR09-050 ~~FRS~~/SRN JMR |
| v. | (18 U.S.C. § 956(a)(1))<br>(18 U.S.C. § 1001)<br>(18 U.S.C. § 2339A(a)) |
| 1. ABDIFATAH YUSUF ISSE,<br>  a/k/a Omar, and<br>2. SALAH OSMAN AHMED,<br>  a/k/a Salman, | |
| Defendants. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Providing Material Support to Terrorists)

1.  From in or about September 2007 through in or about December 2008, in the State and District of Minnesota and elsewhere, the defendants,

**ABDIFATAH YUSUF ISSE,**
a/k/a Omar, and
**SALAH OSMAN AHMED,**
a/k/a Salman,

did provide material support and resources, namely personnel including themselves, knowing and intending that the material support and resources were to be used in preparation for and in carrying out a violation of Title 18, United States Code, Section 956(a)(1) (conspiracy to kill, kidnap, maim or injure persons in a foreign country); all in violation of Title 18, United States Code, Section 2339A(a).



SCANNED
JUL 13 2009
U.S. DISTRICT COURT ST. PAUL



FILED  FEB 19 2009
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED_____
DEPUTY CLERK'S INITIALS_____

U.S. v. Abdifatah Yusuf Isse, et al.

## COUNT 2
(Conspiracy to Kill, Kidnap, Maim, and Injure)

2. From in or about September 2007 through in or about December 2008, in the State and District of Minnesota and elsewhere, the defendants,

**ABDIFATAH YUSUF ISSE,**
a/k/a Omar, and
**SALAH OSMAN AHMED,**
a/k/a Salman,

knowingly and intentionally conspired with each other and others, known and unknown to the grand jury, to kill, kidnap, and maim and injure persons outside of the United States, in violation of Title 18, United States Code, Section 956.

3. In furtherance of the conspiracy, and to effect the objects thereof, one of the co-conspirators knowingly performed the following overt act: on or about December 6, 2007, in the State and District of Minnesota, Salah Osman Ahmed boarded Northwest Airlines flight 56 from Minneapolis, Minnesota, to Amsterdam, Netherlands, with a final destination of Somalia.

## COUNT 3
(False Statements)

4. On or about July 30, 2008, in the State and District of Minnesota, in a matter within the jurisdiction of the Federal Bureau of Investigation ("FBI"), an agency of the United States, and in an offense involving international terrorism,

**SALAH OSMAN AHMED,**
a/k/a Salman,

United States v. Abdifatah Yusuf Isse et al.

did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation to agents of the FBI, in violation of Title 18, United States Code, Section 1001(a)(2); that is, he stated that he did not know anyone on his flight to Somalia in December 2007, when, in fact, he traveled to Somalia together with an individual he knew, so that they could fight *jihad* in Somalia.

## COUNT 4
(False Statements)

5.   On or about December 8, 2008, in the State and District of Minnesota, in a matter within the jurisdiction of the FBI, an agency of the United States, and in an offense involving international terrorism,

**SALAH OSMAN AHMED,**
a/k/a Salman,

did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation to agents of the FBI, in violation of Title 18, United States Code, Section 1001(a)(2); that is, he stated that he traveled alone and did not know anyone on his flights to Somalia in December 2007, when, in fact, he traveled to Somalia together with an individual he knew, so that they could fight *jihad* in Somalia.

A TRUE BILL

_____   _____
UNITED STATES ATTORNEY            FOREPERSON