```
             UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                   09-CR-50(JMR/SRN)
```

United States of America      )
                              )
      v.                      )    ORDER
                              )
Abdifatah Yusuf Isse          )


The Court hereby directs the government to respond to defendant's Motion to Amend Conditions of Detention [Docket No. 51] on or before November 20, 2009.

IT IS SO ORDERED.

Dated:  November 5, 2009


                        S/JAMES M. ROSENBAUM
                        JAMES M. ROSENBAUM
                        United States District Judge