# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No:  09-cr-50 (1) (MJD/FLN) |
| | Date:  May 14, 2013 |
| Abdifatah Yusuf Isse (1) | Courthouse:  Minneapolis |
| *aka Omar* | Courtroom:  15E |
| | Court Reporter:  Lori Simpson |
| | Time Commenced:  10:00 a.m. |
| Defendant. | Time Concluded:  11:15 a.m. |
| | Time in Court:  1 hour and 15 minutes |

Before Michael J. Davis, United States District Chief Judge.

APPEARANCES:
   For Plaintiff:   William Narus, Charles Kovats, and John Docherty, Assistant U.S. Attorneys
   For Defendant: Paul Engh, CJA Appointed Attorney

☒ **Sentencing.**
☒ **Defendant's objection to the obstruction of justice is granted. Enhancement will not apply.**
☒ **Defendant's objection to the terrorism enhancement is denied. Enhancement will apply.**
☒ **Government's motion is granted.**
☒ **Government's exhibits 1-14 are admitted.**
☒ **Defendant's final supervised release hearing is deemed resolved and moot. No order to follow.**

**IT IS ORDERED**:
Defendant is sentenced to:

| Count. Nos. | Plea | BOP | SR |
|---|---|---|---|
| 1 | X | 36 months | 20 years |

☒ Special conditions of: **See J&C for special conditions**
☒ Defendant sentenced to pay:
   ☒ Special assessment in the amount of $100.00 to be paid.
☒ Count 2 is dismissed.
☒ Defendant is released on the same pretrial conditions as previously imposed prior to his violation, with the addition of the GPS bracelet. Defendant shall voluntarily surrender to his place of designation on 6/14/13 by noon. If a designation has not been determined by that date, the defendant shall surrender to the US. Marshal Services in Seattle, Washington on 6/14/13 by 12 noon..

Date: May 14, 2013                              s/KW_____
                                                Calendar Clerk to Chief Judge Michael J. Davis