# UNITED STATES DISTRCT COURT
# DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.            CRIMINAL 09-50 (MJD/FLN)

Abdifatah Yusuf Isse, et al. (01),
*aka Omar*

    Defendant.

_____
United States of America,

    Plaintiff,

v.            CRIMINAL  13-222 (RHK)

Saynab Hussein (1),

    Defendant.

_____

## ORDER OF DIRECTION TO THE CLERK OF COURT
## FOR REASSIGNMENT OF RELATED CASE

Case No. 09-50 (MJD/FLN) having been assigned to Chief Judge Michel J. Davis and Magistrate Judge Franklin L. Noel and Case No. 13-222 (RHK) having later been assigned, per Information to Judge Richard H. Kyle and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 13-222 be assigned to Chief  Judge Michael J Davis nunc pro tunc, by use of a card on the Criminal List of the automated case assignment system.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.


Dated: August 28, 2013                    s/Michael J. Davis
                                          MICHAEL J. DAVIS
                                          United States District Chief Judge



Dated: August 28, 2013                    s/ Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge